**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Joey Velazquez,** | : | **COMPLAINT** |
| **Plaintiff,** | : | |
| **vs.** | : | **JURY DEMAND ENDORSED HEREON** |
| **CBS Broadcasting, Inc.** | : | |
| **Defendant.** | : | |

## COMPLAINT

1. This action arises out of CBS Broadcasting, Inc.'s decision to publish false and defamatory information about a student-athlete with reckless disregard for the truth. CBS released a breaking news report on the Michigan football sign-stealing scandal. In that report, CBS falsely reported that "the NCAA revealed that a student-athlete lied" and that the "student-athlete who lied to the NCAA" was a former player on the team who had recorded a phone call with disgraced ex-Michigan football staffer Connor Stalions. As CBS intended and knew would occur, the public understood the player in question to be Joey Velazquez. But Joey never lied to the NCAA. The NCAA did not find that Joey lied. Joey always told the NCAA the truth. Relying on an obviously biased and conflicted source and ignoring evidence that its source had provided false information, CBS published these false accusations about Joey. Joey and his family began to receive death threats and thousands of hate-filled messages. The NCAA told CBS that its report was wrong. But CBS still did nothing to stop the torrent of hate that it had unleashed on the Velazquez family.

## THE PARTIES

2. Plaintiff Joey Velazquez is a former student-athlete for the University of Michigan and The Ohio State University. Joey played baseball and football for the University of Michigan on scholarship as an undergraduate and graduate student and football for The Ohio State University as a walk-on graduate student. Joey is domiciled in Columbus, Ohio.

3. CBS Broadcasting, Inc. (CBS) is a corporation headquartered in and incorporated in New York. CBS holds the license for the WWJ-TV television broadcast station in Detroit, Michigan and maintains the cbsnews.com/detroit and cbsnewsdetroit.com websites and related social media accounts.

## BACKGROUND FACTUAL ALLEGATIONS

### A. Joey Velazquez becomes a two-sport college athlete at the University of Michigan through hard work and discipline

4. Joey Velazquez grew up in a big, tight-knit family in Columbus, Ohio.

5. Joey has eight brothers and sisters. Joey is the second child and oldest son.

6. Joey's father ran a commercial roofing company. His mother and father raised their family with a focus on values including a strong work ethic and honesty.

7. From a young age, Joey felt a responsibility to set a good example for his little brothers and sisters. Joey has always tried to do what is right, even when it is not easy.

8. In high school, through hard work and discipline, Joey became a standout two-sport athlete.

9. Joey was widely regarded as the top-rated baseball prospect in Ohio for his class year. He also starred on his high school football team. Joey dreamed of playing both sports at the next level.

10. At the beginning of his sophomore year of high school, The Ohio State University offered Joey a scholarship to play baseball, but did not have a spot for him on the football team.

11. Joey accepted and made an early commitment to attend Ohio State, making the difficult decision to give up his dream of playing both sports in college.

12. But after his junior season on the football field, Joey was considered to be a three-star football prospect.

13. After Joey's strong junior season and his continued success in baseball, the University of Michigan offered Joey the chance to be a two-sport collegiate athlete.

14. Michigan football coach Jim Harbaugh initiated Joey's recruitment, but Michigan baseball coach Erik Bakich was equally enthusiastic about bringing Joey to his team.

15. After Bakich got to know Joey and his family, he came away "so impressed," particularly with "the discipline, the structure, the organization and the intangible skills that the family was raising their children with."

16. Joey accepted Michigan's scholarship offer.

17. Joey enrolled at Michigan and joined the Michigan football and baseball teams as a freshman in 2019.

18. As an Ohio native, Joey had to learn to navigate the Ohio State-Michigan rivalry.

19. While at Michigan, Joey had a recurring bet with his middle school football coach, former Ohio State basketball player Eric Hanna. For each Ohio State-Michigan basketball and football game, the loser would volunteer as many community service hours as the point difference.

20. Joey brought his values of honesty and hard work with him up north.

21. Joey was a leader in the weight room for both sports. He babysat for his coach's kids. Joey's Michigan coaches trusted him on and off the field.

22. Joey's reputation reflected his values. For example, an article about Joey published in *The Michigan Daily* on November 13, 2023 reported:

> Some athletes might struggle to maintain one workload, but he willingly doubled it and didn't cut corners. No coach has seen him miss a lift — even through injury or when baseball and football intersect in the spring. No matter what, he is doing the best he can to make an impact for his team.
> . . .
> Such a work ethic made Velazquez a coach's dream, especially for the Michigan football team. While he doesn't always take the field, Velazquez is someone others look up to. Even graduate cornerback Mike Sainristil, who almost everyone credits as the best leader on the team, looks up to him. Coaches do the same.
>
> "I think when you're an older player, the number one thing you can do is be really consistent because you're always somebody that the young people can look to for help," defensive coordinator Jesse Minter said. ". . . He's the epitome of like, hey, maybe he's not playing as much as he wants, but he attacks every single day. He attacks every rep."[1]

## B. <u>Michigan Football Staffer Connor Stalions brings Joey into his operation</u>

23. In 2023, Joey tore his hamstring.

24. At the beginning of that football season, Connor Stalions, a staffer with the Michigan football team, approached Joey about assisting with reviewing opponent film to prepare for games.

25. Stalions told Joey that by reviewing game tape, they could decode opponents' plays and help Michigan win.

26. Stalions told Joey he had asked him to help because this was "just like sign stealing in baseball."

27. Joey was eager to help his team while rehabbing his hamstring injury.

---

[1] https://www.michigandaily.com/sports/football/for-two-sport-athlete-joey-velazquez-michigan-was-his-biggest-swing/

28. Stalions began teaching Joey his system.

29. Stalions taught Joey how to break down video footage of opponents' sign-callers.

30. Stalions showed Joey how to tell which caller was the real caller for a given play.

31. Stalions directed Joey to input opponent's plays and signs into a complicated spreadsheet that Stalions maintained and cross-referenced with Stalions's signals database.

32. It was obvious that the film that Stalions was using was not broadcast film.

33. So Stalions told Joey about his advance scouting system.

34. Stalions would buy tickets to Michigan's future opponent's games.

35. He then would dispatch a network of in-person scouts to those games.

36. At those games, Stalions's network would film the opponent's sign-callers.

37. Stalions would then collect the sign-caller footage, line it up with the game tape and steal the opponent's signs.

38. Stalions and his network filmed signals at dozens of games.

39. Stalions had even obtained film of Ohio State's open practices through in-person advance scouting.

40. Joey did not know that Stalions's system violated NCAA rules.

41. He thought he was doing whatever he could to help his team win within the rules.

## C. An investigator uncovers the Michigan advance scouting and sign-stealing operation

42. Joey told his father about his work with the Michigan football staff on breaking down film to help his team while he was rehabbing the injury. Joey mentioned that Stalions had attended and filmed Ohio State practices.

43. As Joey explained what Stalions was doing, Joey's father asked him if it was allowed under NCAA rules.

44. Joey's father asked Joey for examples of what he was working on.

45. Worried that Stalions had pulled his son into an operation that broke NCAA rules, Joey's father called a friend who coached at a Division III school and gave a hypothetical example of a team conducting in-person advance scouting and filming signs. The friend told Joey's father that doing so would violate NCAA rules.

46. Later that season, an investigator who was looking into NCAA infractions approached Joey's father.

47. The investigator was looking into whether Michigan coaches were violating NCAA through a sign-stealing and advanced scouting operation.

48. Realizing that Stalions's operation did break NCAA rules and concerned that his son would become a scapegoat for Stalions's violations, Joey's father turned over the documents he had to the investigator.

49. Joey's father reminded Joey to be honest with any investigation and that staying true to his values was more important than the fallout on the team.

**D. <u>The NCAA investigates Michigan's advance scouting and sign stealing operation</u>**

50. The NCAA had launched a full investigation by mid-October 2023.

51. The NCAA held a conference call with the University of Michigan and the Big Ten Conference on October 18, 2023.

52. Widespread media reports revealed the investigation the next day.

53. With his system exposed and facing NCAA discipline, Stalions resigned on November 3, 2026.

54. On November 9, 2023, Stalions called Joey, suspecting that the NCAA would interview Joey, but unaware that Joey would cooperate with the NCAA investigation and tell the truth about what happened.

55. Joey recorded the phone call to protect himself and ensure that he was not blamed for Stalions's violations.

56. As a participant in the phone call, Joey had the right to record the call with or without Stalion's permission under Michigan law.

57. Joey let Stalions talk and played along with the conversation.

58. Stalions told Joey to lie to the NCAA and fed him a false story that fit Stalions's false narrative.

59. Stalions said the NCAA would not have any evidence to contradict whatever Joey said. Stalions told Joey to "never give up your phone." Stalions said that his own phone was "shattered in a thousand pieces under a pond" and that hard drives containing incriminating video footage were also "in the bottom of the pond."

60. Stalions then said to Joey "Whatever you say is your story and that's going to be what the truth is . . . You can technically lie your ass off and it doesn't even matter."

61. Joey turned over that recording to NCAA investigators.

62. When the time came for his NCAA interview, Joey told the truth, just as he always did.

**E. <u>NCAA, Big Ten, and Michigan officials leak Joey's name to Michigan boosters</u>**

63. Joey fully cooperated with the investigation.

64. Joey always told the truth to the NCAA and to Michigan compliance.

65. The NCAA and Michigan compliance considered Joey to be a protected confidential source entitled to whistleblower protections and immunity.

66. But in a conference call between the NCAA, the Big Ten, and Michigan, the NCAA and/or the Big Ten officials leaked Joey's name to Michigan officials outside the Michigan compliance team.

67. After the call, Michigan's compliance officer called Joey. She was crying. Joey met with her after that call.

68. The compliance officer apologized that Joey's name had come out and promised to try to protect him. She told Joey that the Michigan athletic director wanted to speak with his father.

69. Joey's father called the Michigan athletic director. The Michigan athletic director apologized that Joey's name had come out.

70. Joey's father told the athletic director that Joey had recorded the conversation with Stalions. The athletic director asked for the recording and Joey's father sent it to him.

71. The compliance officer told Joey's father that Joey had done the right thing and that his name should have been kept confidential for his protection.

72. Upon information and belief, following the conference call, Michigan officials leaked Joey's name to a Michigan booster known as "Uncle T."

73. Uncle T was rumored to have funded Stalions's sign-stealing and advance scouting operation.

74. Uncle T began a media campaign against Joey.

**F. <u>Joey transfers to Ohio State and becomes a back-to-back National Champion</u>**

75. Joey's father had been diagnosed with cancer in the summer of 2023, not long before Stalions involved Joey in his operation.

76. After Michigan won the National Championship in January 2024, Joey decided to go back home.

77. Joey had already completed his undergraduate degree at the University of Michigan and he had exhausted his baseball eligibility.

78. He still had one more year of football eligibility, but he felt that he needed to be closer to home because of his father's health.

79. Joey transferred to The Ohio State University.

80. As a graduate student walk-on, Joey brought his values of hard work and honesty back home to Ohio State.

81. That football season, Ohio State lost to Michigan again.

82. But Ohio State went on to win the National Championship in January 2025.

83. Joey became the first player in the modern era win championships on both sides of the Ohio State-Michigan rivalry and the first to win back-to-back championships with different schools.

84. After Joey transferred to Ohio State, his reputation still reflected his values.

85. For example, an article published in *The Athletic* of *The New York Times* at the time of the Ohio State National Championship described how Joey's work ethic improved the Ohio State team culture.

### G. **CBS News Detroit publishes a false report about Joey**

86. On August 15, 2025, the NCAA published its decision on the Michigan in-person scouting and sign-stealing scandal.

87. Michigan bloggers immediately identified Joey as "student-athlete 1" in the decision based on the prior leak to Uncle T and Uncle T's campaign.

88. After the decision was published, Uncle T continued spreading lies about Joey.

89. Referring to "evidence" he falsely claimed to have obtained through his own private investigation, Uncle T peddled false stories about Joey to reporters.

90. Upon information and belief, Uncle T falsely claimed that Joey made up lies about the sign stealing scandal in order to hurt Michigan and benefit Ohio State.

91. Reputable journalists did not publish Uncle T's lies because, upon information and belief, those journalists knew that Uncle T's story was false and that Uncle T was a biased and conflicted source seeking to benefit himself and his own desires for the Michigan football program.

92. CBS, however, did.

93. On September 1, 2025, CBS published an online report and broadcast an accompanying television story entitled "Former University of Michigan football player leaked unauthorized materials, lied to NCAA, source says."

94. CBS published the report on the "CBS News Detroit" section of its website and broadcast a related television segment through its WWJ-TV station.

95. The September 1, 2025 CBS online report states that "In its 79-page report of the ruling regarding sign-stealing, the NCAA revealed that a student-athlete lied about his claim that former linebackers coach Chris Partridge asked players not to cooperate with investigators."

96. The CBS report continues, stating that "the student-athlete who lied to the NCAA" "is the same student-athlete who recorded a phone call with Stalions without his consent" and is "the same individual" who "took videos from [Stalion's] personal computer in an unauthorized manner" and "is a former player on the team."

97. CBS paired these statements with an opinion from a supposed legal expert about "evidence that was illegally obtained," citing the "fruit from the poisonous tree" doctrine from criminal proceedings which has no bearing on the NCAA process.

98. In the NCAA decision released two weeks prior, the NCAA specifically found that "no information in the record suggesting that any illegal activity occurred[.]"

99. CBS also published the report on its CBS Detroit social media accounts, including on Facebook and X:



100. The X and Facebook posts state that "the student athlete who lied to the NCAA about Chris Partridge is the same student-athlete who recorded a phone call with Connor Stalions without his consent."

101. While CBS did not use Joey's name, CBS intended the statements to refer to Joey.

102. Joey was known to be a former player on the team and there was public information that Joey had recorded a phone call with Stalions.

103. The statement that "In its 79-page report of the ruling regarding sign-stealing, the NCAA revealed that a student-athlete lied about his claim that former linebackers coach Chris Partridge asked players not to cooperate with investigators" is a false accusation that Joey lied to the NCAA, that the NCAA determined he lied, and that the NCAA published a finding that he lied.

104. The statements that "the student-athlete who lied to the NCAA" and "took videos from [Stalions's] personal computer in an unauthorized manner" "is the same student-athlete who recorded a phone call with Stalions" and "is a former player on the team" is a false accusation that Joey "lied to the NCAA" and "took videos . . . in an unauthorized manner."

105. The statement "the student athlete who lied to the NCAA about Chris Partridge is the same student-athlete who recorded a phone call with Connor Stalions without his consent" is a false accusation that Joey lied to the NCAA.

106. As CBS knew would occur, these statements were understood by readers and viewers to refer to Joey Velazquez.

107. These statements are false. Joey did not lie to the NCAA. The NCAA did not believe Joey lied, did not determine that Joey lied, did not publish any finding that Joey lied, and did not "reveal" that Joey lied in its report. Nor did Joey take videos in an unauthorized manner.

And, the former player on the team and the student-athlete who recorded Stalions (Joey) is not the same person as a witness who lied to the NCAA.

108. Even a cursory reading of the NCAA decision would have shown that the NCAA made no finding that a student-athlete lied to the NCAA.

109. And, CBS had reason to know that its source was conflicted, biased, and peddling false information.

110. Further, the NCAA told CBS that it had not found that Joey had lied.

111. Despite this, CBS published the report and social media posts and broadcast the accompanying television segment.

### H. <u>The CBS report destroys Joey's reputation and unleashes death threats on the Velazquez family</u>

112. The CBS report destroyed Joey's reputation and unleashed a torrent of hate on the entire Velazquez family.

113. Immediately after CBS published the report, Joey and his family began to receive death threats.

114. In the first days after the report was published, Joey and his family received five thousand unsolicited hate-filled messages including countless death threats.

115. In the months since, Joey and his family have received thousands more hateful and threatening messages.

116. Enraged fans came to the Velazquez house and looked in the windows.

117. One of Joey's school-age younger siblings needed security at school for protection.

118. Joey's professional career also suffered. After the CBS report, professional football and baseball teams were no longer interested in Joey as a prospect.

119. Everywhere Joey goes, he faces questions. Because of CBS's false report, Joey—who previously was known as a trustworthy and hardworking teammate, a two-sport athlete, and the first player to win back-to-back championships with different schools—is now known as a liar, a cheater, a rat, and "an Ohio State mole."

## I. <u>CBS does not issue a correction or retraction, instead CBS keeps almost all of its false report online</u>

120. Within days of the CBS report, a lawyer for Michigan coach Chris Partridge stood up for Joey, posting on X that there is "no excuse to falsely state that an athlete involved in the investigation had lied to the NCAA" and "there is no evidence in the COI decision or elsewhere even suggesting that any college athlete lied to NCAA investigators."

121. The NCAA contacted CBS and said that it did not find that Joey lied.

122. CBS did not issue a retraction, apology, or any clarifying report.

123. Instead, days later, CBS quietly made one edit to the online report.

124. CBS changed the phrase, "the NCAA revealed that a student-athlete lied about his claim that former linebackers coach Chris Partridge asked players not to cooperate with investigators" to "the NCAA revealed that 'some of the witness' statements are not as credible as others.'"

125. CBS also added this following sentence: "However, a source told CBS News Detroit that the witness, who is a student-athlete, lied about his claim that former linebackers coach Chris Partridge asked players not to cooperate with investigators."

126. CBS did not change its other false statements about Joey, including that "the student-athlete who lied to the NCAA" and "took videos from [Stalions's] personal computer in an unauthorized manner" "is the same student-athlete who recorded a phone call with Stalions" and "is a former player on the team."

127. Through counsel, Joey provided notice to CBS of the false statements in its story, requested that CBS issue a retraction, and gave CBS ample opportunity to do so.

128. CBS declined Joey's request, refused to issue a retraction, and refused to remove the false report from further circulation.

129. CBS has maintained the report and accompanying broadcast on its CBS News Detroit website and maintained its social media posts on X and Facebook linking to the report up until the time of filing this Complaint.

## **JURISDICTION AND VENUE**

130. This Court has original jurisdiction over the claims in this matter under 28 U.S.C. § 1332 because there is complete diversity between Joey (an Ohio citizen) and CBS (a New York citizen) and the amount in controversy exceeds $75,000.

131. This Court has specific personal jurisdiction over CBS pursuant to the Ohio long-arm statute and the due process requirements of the United States Constitution.

132. As alleged in this Complaint, CBS purposely availed itself of the privilege of acting in Ohio, this action arises from CBS's activities in Ohio, and the connection to Ohio is substantial enough to make the exercise of personal jurisdiction over CBS reasonable.

133. CBS broadcasts throughout Ohio through stations which it either holds the license or has an affiliation.

134. CBS maintains a website (cbsnews.com) that has a substantial Ohio readership.

135. CBS brands itself in the Detroit metropolitan area as "CBS News Detroit."

136. CBS includes northwest Ohio in its "CBS News Detroit" coverage.

137. CBS holds the license for WWJ-TV, which is broadcast out of Detroit under the "CBS News Detroit" name.

138. WWJ-TV broadcasts into northwest Ohio, see, e.g., https://publicfiles.fcc.gov/tv-profile/wwj-tv/contour-maps; see also fcc.gov/media/engineering/dtvmaps (searches show WWJ-TV signal at channel 62 in Toledo, Ohio and other parts of northwest Ohio):




139. CBS maintains "CBS Detroit" X and Facebook accounts. CBS knows that it has Ohio followers on those accounts and targets its social media posts to its Ohio followers and to the same audience as WWJ-TV, including a northwest Ohio audience.

140. CBS maintains a "CBS News Detroit" section of its website, found at cbsnews.com/detroit. The web address cbsdetroit.com also redirects to cbsnews.com/detroit.

141. CBS targets the CBS News Detroit section of the website at the same audience as WWJ-TV, including a northwest Ohio audience.

142. Within the CBS News Detroit section, CBS includes links to watch the CBS News Detroit WWJ-TV live broadcast and posts WWJ-TV broadcast segments.

143. Within the CBS News Detroit section of its website, CBS regularly covers local northwest Ohio news stories relevant to WWJ-TV's northwest Ohio audience: https://www.cbsnews.com/detroit/tag/ohio/.

144. CBS regularly includes northwest Ohio news stories in the "Local News" subsection of the CBS News Detroit website section.

145. As an example, the CBS News Detroit section includes a local weather subsection on "Beach Hazards" that covers beaches both in Michigan and in northwest Ohio.

146. CBS knew that its Michigan football coverage and its coverage of the sign stealing scandal was of particular interest to its Ohio readers and viewers on both sides of the Ohio State-Michigan rivalry.

147. CBS published the story at issue here on the CBS News Detroit section of its website, targeting its northwest Ohio audience.

148. CBS broadcast the related video segment through WWJ-TV directly to its northwest Ohio audience.

149. CBS linked the story and published comments on the story on its CBS Detroit social media accounts, targeting its northwest Ohio audience and its Ohio followers.

150. CBS knew that the brunt of the story's impact would be felt in Ohio.

151. CBS knew that Joey lived in Ohio and was then a member of the Ohio State football team.

152. CBS knew that Joey's personal and professional reputations were centered in Ohio.

153. CBS knew that any action by the NCAA against Joey would affect Joey's role on the Ohio State football team.

154. CBS knew that there were rumors that someone in Columbus, Ohio had tipped off the NCAA to the sign stealing scandal and that its purported confirmation of those rumors would

lead to vitriol and hate directed towards Joey in Ohio. As CBS published in its CBS News Detroit website section in a prior report on the sign stealing scandal:

> Who exactly tipped off the NCAA to a scheme apparently orchestrated by former recruiting analyst Connor Stalions is unclear.
>
> That's led to reckless speculation, unfounded rumors and fingers being pointed toward Columbus. It is downright nasty online.[2]

155. Venue is proper because a substantial part of the events or omissions giving rise to the claims occurred in this district and because CBS is subject to the Court's personal jurisdiction in this district with respect to this action because CBS targeted northwest Ohio readers and viewers when it published the story through its CBS News Detroit website, social media accounts, and WWJ-TV station.

## COUNT ONE – DEFAMATION

156. Plaintiff incorporates the above allegations by reference as if fully restated here.

157. The statement that "the NCAA revealed that a student-athlete lied about his claim that former linebackers coach Chris Partridge asked players not to cooperate with investigators" is a false accusation of fact that Joey lied to the NCAA, that the NCAA determined he lied, and that the NCAA published a finding that he lied.

158. The statement that "the student-athlete who lied to the NCAA" and "took videos from [Stalions's] personal computer in an unauthorized manner" "is the same student-athlete who recorded a phone call with Stalions" and "is a former player on the team" is a false accusation of fact that Joey Velazquez (then publicly identified as a former player on the team who recorded a phone call with Stalions) "lied to the NCAA" and "took videos . . . in an unauthorized manner."

---

[2] https://www.cbsnews.com/detroit/news/michigan-ohio-state-rivalry-boils-as-sign-stealing-accusations-increase-vitriol-on-both-sides/

159. The statement "the student athlete who lied to the NCAA about Chris Partridge is the same student-athlete who recorded a phone call with Connor Stalions without his consent" is a false accusation of fact that Joey Velazquez lied to the NCAA.

160. CBS intended these statements to refer to Joey Velazquez.

161. These statements are false: Joey Velazquez did not lie to the NCAA. The NCAA did not believe that Joey lied, find that Joey lied, nor reveal that Joey lied. Joey did not take videos in an unauthorized manner. And, the former player on the team and the student-athlete who recorded Stalions (Joey Velazquez) is not the same person as a witness who lied to the NCAA.

162. CBS published these false statements on its CBS News Detroit website and broadcast the accompanying video segment through WWJ-TV.

163. CBS published these false statements and linked to the report with these false statements on its CBS Detroit Facebook and X accounts.

164. CBS published these false statements negligently and with reckless disregard for their truth—that is, with actual malice.

165. Simply reading the NCAA decision before publication should have shown CBS that the statement that "the NCAA revealed that a student-athlete lied . . ." was false.

166. As CBS knew would happen, these statements were understood by readers and viewers to refer to Joey Velazquez.

167. Joey Velazquez is a private figure. He did nothing to insert himself into the controversy.

168. Joey simply did the right thing. When the NCAA approached him, he told the truth about what he saw.

169. CBS's false statements have subjected Joey Velazquez to death threats, hatred, ridicule, contempt, and disgrace.

170. CBS's false statements were read by football fans and members of the football industry.

171. CBS's false statements affected Joey adversely in his trade or business by causing football fans and the football industry and sports fans and the sports industry in general to view Joey as a liar and a cheater.

172. As a proximate cause of CBS publishing these false statements, Joey Velazquez has suffered harm, including reputational damage and death threats and other harassment resulting from his impaired reputation, personal humiliation, lost earnings and other economic harm (including but not limited to loss of professional sports opportunities), and emotional distress.

## COUNT TWO – DEFAMATION PER SE

173. Plaintiff incorporates the above allegations by reference as if fully restated here.

174. CBS made false statements of fact that are defamatory on their face.

175. The statements "the NCAA revealed that a student-athlete lied about his claim," the statement "lied to the NCAA," and the statement "took videos . . . in an unauthorized manner" are all defamatory per se.

176. Particularly when combined with the statement in the CBS report citing a legal expert opinion about "illegally obtained evidence" and the video interview with the cited legal expert in the accompany WWJ-TV broadcast, these false statements are defamatory per se because they assert that Joey engaged in criminal conduct.

177. These false statements are also defamatory per se because they tend to cause injury in Joey's trade or profession by causing football fans and the football industry to view Joey as a liar and a cheater.

178. CBS intended these statements to refer to Joey Velazquez.

179. These statements are false: Joey Velazquez did not lie to the NCAA. The NCAA did not believe that Joey lied, find that Joey lied, nor reveal that Joey lied. And Joey did he take videos in an unauthorized manner. Additionally, the former player on the team and the student-athlete who recorded Stalions (Joey Velazquez) is not the same person as a witness who lied to the NCAA.

180. CBS published these false statements on its CBS News Detroit website and broadcast the accompanying video segment through WWJ-TV.

181. CBS published these false statements and linked to the report with these false statements on its CBS Detroit Facebook and X accounts.

182. CBS published these false statements negligently and with reckless disregard for their truth.

183. As CBS knew would happen, these false statements were understood by readers and viewers to refer to Joey Velazquez.

184. These false statements have subjected Joey Velazquez to death threats, hatred, ridicule, contempt, and disgrace and have affected him adversely in his trade or business by causing football fans and the football industry to view him as a liar and a cheater.

185. Because these false statements constitute defamation per se, damages to Joey's reputation are presumed.

186. As a proximate cause of CBS publishing these false statements, Joey Velazquez has suffered harm, including reputational damage and death threats and other harassment resulting from his impaired reputation, personal humiliation, lost earnings and other economic harm (including but not limited to loss of professional sports opportunities), and emotional distress.

## COUNT THREE – FALSE LIGHT INVASION OF PRIVACY

187. Plaintiff incorporates the above allegations by reference as if fully restated here.

188. The CBS report portrayed Joey in a false light as a someone who lied to the NCAA and as a dishonest and deceptive person who engaged in unauthorized or illegal acts to expose the sign stealing operation.

189. CBS gave publicity to the report by publishing it on its website and social media pages and by broadcasting the accompanying video segment on WWJ-TV.

190. CBS knew that Joey had not lied to the NCAA and that the NCAA had not found that Joey lied in its report.

191. CBS knew that its report relied on a biased and conflicted source.

192. CBS publicized its report with reckless disregard for falsity of the report and for the false light in which Joey would be placed.

193. A reasonable person would find the false light Joey was placed in to be highly offensive.

194. As a proximate cause of CBS publishing these false statements, Joey Velazquez has suffered harm, including reputational damage and death threats and other harassment resulting from his impaired reputation, personal humiliation, lost earnings and other economic

harm (including but not limited to loss of professional sports opportunities), and emotional distress.

## PRAYER FOR RELIEF

Plaintiff demands that judgment be entered in his favor on all counts and requests the following relief:

A. Compensatory damages exceeding  in an amount to be shown at trial;

B. Punitive damages, costs, expenses, and attorneys' fees;

C. All such other relief the Court deems proper.

Respectfully submitted,

/s/ Spencer J. Hattemer

Rex H. Elliott (0054054)
Spencer J. Hattemer (0102663)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
spencerh@cooperelliott.com

Attorneys for Plaintiff Joey Velazquez

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

/s/ Spencer J. Hattemer