IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joey Velazquez,

Plaintiff,

-vs-

CBS Broadcasting, Inc.,

Defendant.

Case No. 3:26 CV 2077

O R D E R

JUDGE JACK ZOUHARY

Initial Video Conference held on November 18, 2026. Counsel present: Spencer Hattemer for Plaintiff; Kevin Shook for Defendant.

Defendant filed a Motion (Doc. 6) requesting an Answer deadline of December 4, 2026 to respond to the Complaint. That extension is approved with an extended due date of **Monday, December 14, 2026.** This Court granted additional time for the parties to discuss whether this Court has jurisdiction. If counsel cannot agree on that issue, then, instead of an Answer, counsel may jointly submit a proposed briefing schedule for the filing of a Motion to Dismiss.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 19, 2026